**Victoria BALENTINE, Individually and as Administratrix of the Estate of Edwin Omar Medina–Flores, Deceased, Petitioner**

v.

**CHESTER WATER AUTHORITY, Wyatt A. Roland, Michael W. Roland and Charles Matthews, Respondents**

**No. 451 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as rephrased by this Court, is:

Whether the Commonwealth Court erred in holding that the involuntary movement of a vehicle does not constitute operation of a motor vehicle for purposes of the vehicle liability excep-

tion to governmental immunity under 42 Pa.C.S. § 8542(b)(1).

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Daniel Seth LEPPIEN, Petitioner**

**No. 330 MAL 2016**

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justices Donohue and Mundy did not participate in the consideration or decision of this matter.